IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SENATOR DOMINIC PILEGGI, ET AL. | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 12-0588 |
| CAROL AICHELE, IN HER OFFICIAL | : | |
| CAPACITY AS SECRETARY OF THE | : | |
| COMMONWEALTH OF PENNSYLVANIA | : | |

---

| | | |
|---|---|---|
| JOE GARCIA, ET AL. | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 12-0556 |
| 2011 LEGISLATIVE REAPPORTIONMENT | : | |
| COMMISSION, ET AL. | : | |

---

| | | |
|---|---|---|
| SAMUEL H. SMITH, IN HIS CAPACITY AS | : | |
| SPEAKER OF THE PENNSYLVANIA | : | |
| HOUSE OF REPRESENTATIVES | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 12-0488 |
| CAROL AICHELE, IN HER CAPACITY | : | |
| AS SECRETARY OF THE COMMONWEALTH | : | |
| OF PENNSYLVANIA | : | |

## **ORDER**

**AND NOW**, this   8th   day of   February  , 2012, upon consideration of Plaintiffs

Senator Dominic Pileggi, Representative Michael Turzai and Louis B. Kupperman's Motion for

Temporary Restraining Order and for Convening of Three-Judge Panel, Plaintiffs Joe Garcia,

Fernando Quiles and Dalia Rivera Matias's Motion for a Temporary Restraining Order and for

Convening of a Three-Judge Panel, and Plaintiff Samuel H. Smith's Motion to Convene a Three-Judge Panel, after a hearing in open court, and consistent with the Memorandum filed herewith, it is **ORDERED** as follows:

1. Plaintiffs Senator Dominic Pileggi, Representative Michael Turzai and Louis B. Kupperman's Motion for Temporary Restraining Order and for Convening of Three-Judge Panel is **DENIED**;

2. Plaintiffs Joe Garcia, Fernando Quiles and Dalia Rivera Matias's Motion for a Temporary Restraining Order and for Convening of a Three-Judge Panel is **DENIED**; and

3. Plaintiff Samuel H. Smith's Motion to Convene a Three-Judge Panel is **DENIED**.

**IT IS SO ORDERED.**

BY THE COURT:

_____
**R. BARCLAY SURRICK, J.**